UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

JOHN KLEM,

    *Plaintiff,*

v.

JAMES P. CARBONE, *et al.*,

    *Defendants.*

Civil Action No. 1:15-cv-00106

**ORDER**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) This case is **DISMISSED** due to Plaintiff's failure to prosecute; and

(3) The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED this 23th day of November, 2016.

*/s/ Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE